# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

UNITED STATES OF AMERICA

VS.                            4:14CR000114-15 DPM

ADAM LEE MCCLUNG

## ORDER

On October 16, 2014, the Court placed Defendant in inpatient drug treatment, to be followed with chemical-free living until the resolution of all charges. *Doc. 91*. Defendant successfully completed inpatient drug treatment, and has been participating in chem-free living at Crowley's Ridge in Jonesboro.

Defendant has filed a Motion requesting permission to reside at his parents' home in Paragould, and to participate in the outpatient drug treatment program at Crowley's Ridge. He indicates that his drug treatment counselor has approved the change. Neither Defendant's PTSO nor the Government object to Defendant's requested modification.

Under these circumstances, the Court will allow Defendant to participate in outpatient drug treatment and reside at his parents' home. All other conditions of release, including mental health counseling, shall remain in effect.

IT IS THEREFORE ORDERED that Defendant's Motion to Modify Conditions of Release (*doc. 291*) is GRANTED.

Dated this 3rd day of March, 2015.

_____
UNITED STATES MAGISTRATE JUDGE