IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

v.                          No. 4:14-cr-114-DPM-15

ADAM LEE McCLUNG
Reg. No. 28787-009                                          DEFENDANT

ORDER

1. McClung moves for immediate release under 18 U.S.C. § 3582(c)(1)(A)(i) based on the ongoing COVID-19 pandemic and the risk it presents to his health if he contracts it. McClung asks that the Court waive exhaustion because he believes it would be futile and would expose him to "catastrophic health consequences." Doc. 883 at 5. McClung's concerns about the virus are understandable, especially in light of his underlying health conditions. But this Court has concluded that § 3582(c)(1)(A)'s exhaustion requirement can't be excused. *United States v. Chastain*, Doc. 120 in E.D. Ark. Case No. 4:18-cr-159-DPM. McClung's motion, *Doc. 883*, is therefore denied without prejudice.

2. The Court directs the Clerk to send McClung a copy of the *Chastain* Order with this Order.

- 2 -

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

3 August 2020